**Order entered February 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01378-CR

**ENRIQUESINGER GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80082-2018**

## ORDER

The reporter's record was due December 24, 2019. When it was not filed, we notified court reporter Janet Dugger by postcard dated December 30, 2019 and delivered via electronic transmission that the reporter's record was past due and instructed her to file the record within thirty days. To date, the record has not been filed and we have had no communication from Ms. Dugger.

We **ORDER** court reporter Janet Dugger to file the complete reporter's record in the above appeal **by March 20, 2020**. We caution Ms. Dugger that the failure to file the record by that date will result in the Court taking take whatever action it deems appropriate to ensure this appeal proceeds in a more timely fashion which may include ordering she not sit until the record is filed.

We **DIRECT** the Clerk to send a copy of this order to the Honorable John Roach, Presiding Judge, 296th Judicial District Court; official court reporter Janet Dugger, 296th Judicial District Court; and counsel for all parties.

/s/     BILL PEDERSEN, III
         JUSTICE